# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2599

_____

Nicolas Escobar-Tejada

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 17, 2020
Filed: March 20, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Nicolas Escobar-Tejada, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of asylum and withholding of removal.

Upon careful consideration, we conclude that substantial evidence supports the agency's determination that Escobar-Tejada was not entitled to asylum because he did not establish past persecution or a well-founded fear of persecution on account of a protected ground. See Mayorga-Rosa v. Sessions, 888 F.3d 379, 382 (8th Cir. 2018) (standard of review). Having failed to satisfy his burden of proof for his asylum claim, Escobar-Tejada has necessarily failed to satisfy the more rigorous standard for withholding of removal. See Al Tawm v. Ashcroft, 363 F.3d 740, 744 (8th Cir. 2004). We find no other basis for granting the petition.

Accordingly, the petition for review is denied. See 8th Cir. R. 47B.

_____